UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BUCHANAN,<br><br>            Plaintiff,<br><br>     v.<br><br>SHIPMAN, et al.,<br><br>            Defendants. | No. 2:17-cv-1497-EFB P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He alleges that eighteen years ago, he acquired the Hepatitis C virus while housed at Corcoran State Prison. ECF No. 1 at 4. He is currently housed at High Desert State Prison ("HDSP") and names the HDSP Warden as a defendant. *Id.* at 1. He also names as defendants a doctor employed at Salinas Valley State Prison, and two doctors employed at Corcoran State Prison. *Id.* at 4. He alleges generally, that "defendants" refused to carry out a treatment plan and violated his rights under the Eighth Amendment. *Id.* at 5, 6. Although vague, the allegations suggest that plaintiff's claims arose at Corcoran State Prison, which is in Kings County. Kings County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

1 | Accordingly, it is hereby ordered that:

2 | 1. This action is transferred to the Fresno Division.

3 | 2. The Clerk of Court shall assign a new case number.

4 | 3. All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: July 26, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2